AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 2 0 2017

ARTHUR JOHNSTON
BY _____ DEPUTY

| United States of America | ) | |
| v. | ) | Case No. 1:17mj 567 |
| Joshua Kane McCraney | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___ February 26, 2017 ___ in the county of ___ Hancock ___ in the

___ Southern ___ District of ___ MS, Southern Division ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(g)(1) & 924(a)(2) | Felon in Possession of a Firearm |
| Title 26, United States Code, Sections 5841, 5861(d) & 5871 | Possession of a Weapon Not Registered in the National Firearms Registration and Transfer Record |

This criminal complaint is based on these facts:

See Affidavit, which is attached and incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Istre, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 20, 2017

_____
*Judge's signature*

City and state: ___ Gulfport, Mississippi ___

Robert H. Walker, United States Magistrate Judge
*Printed name and title*

## Affidavit for Criminal Complaint

I, Kevin Istre, being duly sworn and deposed, state the following:

I am a Special Agent employed by the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) in the Gulfport, Mississippi Field Office, and have been so employed since May, 2014.  Beginning in November 2004, I was a Police Officer with the City of Baton Rouge, Louisiana, where I served as a Task Force Agent with the Drug Enforcement Administration from July, 2009 until May of 2014.  During my career I have investigated violations of Federal and State laws to include firearms and illegal substances.  Based upon personal knowledge and information I have received from other law enforcement investigators; I am aware of the following facts:

1.      On February 26th, 2017, Mississippi Department of Wildlife, Fisheries and Parks officers contacted Joshua Kane MCCRANEY and a female passenger in a vehicle off of Leetown Road in the County of Hancock in the Southern District of Mississippi.  The Wildlife officers observed the vehicle driven by MCCRANEY suspiciously bypass a gate to enter a hunting club.  The wildlife officers were assisted by Hancock County, MS Sheriff's Department deputies.  During their subsequent investigation MCCRANEY was found to be in possession of five, .22 caliber Winchester rounds in the pocket of his pants.  The Wildlife officers recovered a Ruger Model 22/45, .22 caliber pistol bearing serial number 220-53379, with an attached suspected silencer, along with drug paraphernalia in the area where MCCRANEY had been observed by officers.

2.      MCCRANEY is a convicted felon, having been convicted of being a Felon in Possession of an Unregistered Firearm on August 24th, 2011, in the United States District Court of the Southern District of Mississippi and sentenced to 27 months.

3.      Upon examination of the Ruger firearm by an ATF interstate nexus examiner it was determined that this firearm was manufactured in the State of Arizona, thus had travelled in or affected interstate commerce to be located in the State of Mississippi.

4.      Attached to the Ruger, was a suspected silencer which was examined by an ATF Firearms Enforcement Officer and found to be:

- A "firearm" as defined in 18 U.S.C. 921(a)(3)(c)

- Being a device for silencing, muffling, or diminishing the report of a portable firearm, is a "firearm silencer" as defined in 18 U.S.C. 921(a)(24)

- Is a silencer by design, construction, and function.  Therefore, it is also a "firearm" as defined in 26 U.S.C. 5845(a)(7)

- Is not marked as required in 26 U.S.C. 5842

Based upon the foregoing information and my training and experience I believe information has been presented which supports a request for the issuance of an arrest warrant for JOSHUA KANE MCCRANEY for violations of Title 18, United States Code, Sections 922 (g)(1)  and 924(a)(2), Felon in Possession of a Firearm, and Title 26, United States Code, Sections 5841, 5861(d) and 5871 – Possession of a Weapon Not Registered in the National Firearms Registration and Transfer Record.

_____
Kevin Istre
Special Agent, U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms & Explosives

Subscribed to and sworn before me, this the 20TH day of July 2017.

_____
Honorable Robert H. Walker
United States Magistrate Judge